Dismissed and Memorandum Opinion filed September 1, 2005









Dismissed and Memorandum Opinion filed September 1,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00823-CV

____________

 

DYNACQ
HEALTHCARE, INC. and 

VISTA MEDICAL CENTER HOSPITAL,
Appellants

 

V.

 

LARRY FRASIER,
Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause
No. 04-72346

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a an interlocutory order signed July
22, 2005.  On August 26, 2005, appellants
filed an unopposed  motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  Appellants included with their motion a
certified copy of an order signed August 25, 2005, granting appellee=s non-suit as to these appellants in
the underlying action.  Therefore, the
appeal has been rendered moot. 
Appellants= motion is granted.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 1, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.